# EXHIBIT 1-A

