UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Atlantic Coast Pipeline, LLC
Plaintiff(s)

v.

Civil Action No.: 6:19-cv-00075-NKM

0.36 Acre, more or less, in Buckingham County, Virginia
Defendant(s)

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION**

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO <u>ANY</u> OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Atlantic Coast Pipeline, LLC (Name of party you represent) who is Plaintiff (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes  ☒ No

2. Does the party have any parent corporations?
   ☐ Yes  ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   n/a

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ Yes  ☐ No

   If yes, identify all such owners:

   Dominion Energy, Inc.; Duke Energy Corp.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☒ Yes  ☐ No

   If yes, identify all such owners:

   Southern Co.

5. Is the party a trade association?
   ☐ Yes  ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

   n/a

s/ Richard D. Holzheimer, Jr.
(Signature)

11/06/2019
(Date)

Case 6:19-cv-00075-NKM   Document 2   Filed 11/06/19   Page 1 of 1   Pageid#: 179