**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> 0.36 ACRE, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, et al., <br><br> *Defendants*. | Case No. 6:19-cv-00075-NKM |

**CERTIFICATE FOR SERVICE BY PUBLICATION**

Pursuant to Federal Rule of Civil Procedure 71.1(d)(3)(B)(i), Plaintiff Atlantic Coast Pipeline, LLC ("Atlantic"), through undersigned counsel, states that the following defendants cannot be personally served because, after diligent inquiry within the state where the complaint is filed, their identities and places of residence are still unknown:

**All Unknown Owners**

Despite a diligent inquiry, Atlantic has been unable to determine the identities of the owners of that certain parcel of land located in Buckingham County, Virginia, identified as a portion of Parcel Identification Number 91-66, and is further described as that undelineated tract of land on tax map section 91 and GIS map of said section composed of unknown size situated in the James River District, and being bounded on the north by Parcel Identification No. 91-67, on the east and south by Parcel Identification No. 91-66, on the west by "old Route No. 660" and Parcel Identification No. 91-23; and being further shown on survey plat recorded in plat book 4, page 45 of the public records of said County (the "Property").

Atlantic will publish the notice once a week for at least three (3) successive weeks in a newspaper published in a county where the property is located or, if there is no such newspaper, in a newspaper with general circulation where the property is located.  Before the last publication, Atlantic will mail a copy of the notice to every defendant who cannot be personally served, but whose identity and place of residence are then known.  Upon completion of service by publication, Atlantic will file a certificate of completion in accordance with Rule 71.1(d)(3)(B)(ii).

Dated:  November 6, 2019             Respectfully submitted,

                                                   **ATLANTIC COAST PIPELINE, LLC**
                                                   By Counsel

**/s/ N. Patrick Lee**
Richard D. Holzheimer, Jr. (VSB No. 40803)
John D. Wilburn (VSB No. 41141)
N. Patrick Lee (VSB No. 78735)
Kang He (VSB No. 89237)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia  22102
Telephone:   (703) 712-5000
Facsimile:   (703) 712-5050
rholzheimer@mcguirewoods.com
jwilburn@mcguirewoods.com
plee@mcguirewoods.com
khe@mcguirewoods.com

Godfrey T. Pinn, Jr. (VSB No. 43106)
Stacy E. Lee (VSB No. 78737)
**HARRELL & CHAMBLISS LLP**
707 East Main Street, Suite 100
Richmond, Virginia  23219
Telephone:   (804) 643-8401
Facsimile:   (804) 648-2702
gpinn@hclawfirm.com
slee@hclawfirm.com

*Counsel for Atlantic Coast Pipeline, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Defendants are only being served through publication since their identities are unknown at this time.

/s/ N. Patrick Lee
N. Patrick Lee (VSB No. 78735)

123413493_1